UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 10-0632 WHA |
| Plaintiff, | ORDER CONTINUING SENTENCING |
| vs. | |
| STEPHEN RATCLIFF, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that the sentencing previously set for April 13, 2011 is continued to Tuesday, May 3, 2011 at 2:00 p.m.

DATED: April 4, 2011.

HON.  WILLIAM ALSUP

United States District Judge