UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>STEPHEN RATCLIFF,<br><br>        Defendant.<br>_____/ | Case No. CR 10-0632 WHA<br><br>ORDER CONTINUING SENTENCING |

GOOD CAUSE APPEARING: it is hereby ordered that the sentencing previously set for May 3, 2011 is vacated. The new sentencing date will be Tuesday, May 24, 2011 at 2:00 p.m.

DATED: May 2, 2011.

                          HON.  WILLIAM ALSUP
                          United States District Judge