IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STEPHEN RATCLIFF,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　／ | No. CR 10-00632 WHA<br><br>**ORDER DENYING THIRD STIPULATION TO CONTINUE SENTENCING** |

　　　The parties have filed a *third* stipulation to continue sentencing. Defendant pled guilty on January 18, 2011. The parties have since stipulated three times to continue sentencing because of a delay in preparation of the presentence report. The parties' third stipulation does not give specifics of the state of the report or follow-on briefing. It does not give a detailed rationale for why these behind-the-scenes proceedings are not moving forward in the normal course. As such, good cause has not been shown, and the stipulation for a continuance is **DENIED**.

　　　**IT IS SO ORDERED.**

Dated: May 17, 2011.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE