IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>STEPHEN RATCLIFF,<br><br>    Defendant.<br>_____/ | No. CR 10-00632 WHA<br><br>**ORDER GRANTING FOURTH STIPULATION TO CONTINUE SENTENCING** |

    The parties have filed a fourth stipulation to continue sentencing. In addition, the probation officer has informed the Court's deputy clerk that the final presentence report was not sent to counsel until some time in the last couple of days. Because defense counsel needs a fair opportunity to review that report with her client, and both sides need time to file sentencing memoranda, another continuance is unfortunately necessary. The sentencing hearing is therefore continued to **JUNE 13, 2011, AT 1:30 P.M.**

    **IT IS SO ORDERED.**

Dated: May 24, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE